UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Maria L. McClain

                     Plaintiff,

v.                                                     Case No.: 1:15−cv−06944
                                                       Honorable Milton I. Shadur

CitiMortgage, Inc.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 19, 2015:

      MINUTE entry before the Honorable Milton I. Shadur: This is the initial scheduling order entered by this Court after the filing of the Complaint. Counsel for plaintiff are ordered to cause a copy of this order to be delivered forthwith to defendant in the same manner that process has been or is being served on defendant. There will be a status hearing−−a "scheduling conference", as that term is used in attached Fed. R. Civ. P. ("Rule") 16(b), at 9:15 a.m. on October 7, 2015. If defendant has been served with process or has appeared at least 28 days before that Status Hearing Date, counsel for both parties are ordered to meet not later than 14 days before the Status Hearing Date to comply with the provisions of Rules 26(f) and 26(a) (c) and this District Court's LR 26.1 Counsel for the parties are urged to undertake serious settlement efforts before the scheduled Status Hearing when no major investment in counsel's time (and clients' money) has yet taken place. If such efforts are unsuccessful, counsel should be prepared to attend the scheduled Status Hearing to discuss briefly their proposed discovery plan and other subjects appropriate for inclusion in the scheduling order as referred to in Rule 16(b). No written status report is to be filed. Although this Court will not set a close−of−discovery scheduling order until both sides have a good sense of the time needed for that purpose, the parties are urged to join in setting their own target dates in that respect at their initial Rule 26(f) conference and to review those target dates regularly during the discovery process. If any party is unrepresented by counsel, that party must comply with this order personally. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.